SO ORDERED: November 6, 2013.

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:  Phillip W. and Rhonda M.  Lawton )
                                            )  Case No. **13-05981-FJO**
                                            )
Debtors.                                )  Chapter 13

### ORDER GRANTING OBJECTION TO CLAIM #5

On October 4, 2013, Attorney for Debtors, Kirmille Lewis, filed an Objection to Claim and Notice of Objection Deadline for Claim #5 for United Consumer Financial Services(Kirby).

Having not had objections filed within the deadline set by this court,

**IT IS HEREBY ORDERED** that the Objection to Claim #5 is hereby GRANTED.

###